UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**LYMARIS MARTINEZ,**

**Plaintiff,**

**v.** **2:25-CV-01698-MRP**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**Order Awarding Attorney's Fees**
**Pursuant to the Equal Access to Justice Act,**
**28 U.S.C. § 2412(d)**

Before the Court is the Motion of Plaintiff for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to their counsel,

IT IS HEREBY ORDERED that attorney fees in the amount of Four Thousand Six Hundred Eighty-Seven Dollars and Eighty-Four Cents ($4,687.84) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of Four Hundred Five Dollars and Zero Cents ($05.00) under 28 U.S.C. § 1920, are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines Plaintiff's EAJA fees, are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), payment shall be delivered either electronically or by mail to Olinsky Law Group.

BY THE COURT:

Date: February 24. 2026

Hon. Mia R. Perez